FILED
U.S. DISTRICT COURT
2026 NOV 17 PM 1:27
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BENJAMIN ANTHONY KRAMER,

Defendant.

8:26CR 209

INDICTMENT
18 U.S.C. § 2252(a)(4)(B) & (b)(2)

The Grand Jury charges that

COUNT I

From on or about January 10, 2024, through on or about November 5, 2026, in the District of Nebraska, defendant BENJAMIN ANTHONY KRAMER, did knowingly access and attempt to access, with intent to view at least one matter which contains any visual depictions or images of child pornography, the production of which visual depictions having involved the use of a minor engaging in sexually explicit conduct and such visual depictions being of such conduct, including images depicting a prepubescent minor and a minor under the age of 12 years, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which have been mailed and so shipped and transported, by any means including by computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) & (b)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

for SARAH A. HINRICHS, #24335
Assistant U.S. Attorney